UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UAB EUROGA,

                                             Plaintiff,                 08 CV

-v-

                                                                 **STATEMENT PURSUANT**
                                                                 **TO F.R.C.P 7.1**

NORFOLK LP, HILTVEIT ASSOCIATES INC., CARL
OLSENS TANKREDERI A/S, ZARPETA CHEMICAL
KS, CARDIFF, INC. and DUNDEE LTD.

                                           Defendants.

-----------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, UAB EUROGA, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
       June 19, 2008

                                              CHALOS & CO, P.C.
                                              Attorneys for Plaintiff
                                              UAB EUROGA

                           By: _____
                                        George M. Chalos (GC-8693)
                                        123 South Street
                                        Oyster Bay, New York 11771
                                        Tel: (516) 714-4300
                                        Fax: (866) 702-4577
                                        Email: gmc@chaloslaw.com