UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UAB EUROGA,

                       Plaintiff,            08 CV 5531 (RMB)

-v-

                                      **NOTICE OF VOLUNTARY**
                                      **DISMISSAL AND ORDER**

NORFOLK LP, HILTVEIT ASSOCIATES INC., CARL OLSENS TANKREDERI A/S, ZARPETA CHEMICAL KS, CARDIFF, INC. and DUNDEE LTD.

                       Defendants.

---------------------------------------------------------------x

      PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed with prejudice by Plaintiff as to the named Defendants pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. No costs are to be assessed to any party.

      FURTHERMORE, as the parties have concluded an amicable settlement, all property, including assets, accounts, electronic fund transfers, etc., of Defendants NORFOLK LP, HILTVEIT ASSOCIATES INC., CARL OLSENS TANKREDERI A/S, ZARPETA CHEMICAL KS, CARDIFF, INC. and DUNDEE LTD. currently attached and held by any garnishee banks pursuant to the Court's Order for Issuance of Process of Maritime Attached, dated June 24, 2008, and corresponding Process of Maritime Attachment and Garnishment, including any Supplemental Process, are to be released to the Defendant (i.e. allow wire transfers to proceed as per their original routing instructions, unless otherwise directed) and said attachment now vacated.

Dated: Oyster Bay, New York
   July 3, 2008

          CHALOS & CO, P.C.
          Attorneys for Plaintiff
          UAB EUROGA


       By:  _s/George M. Chalos_____
          George M. Chalos (GC-8693)
          123 South Street
          Oyster Bay, New York 11771
          Tel: (516) 714-4300
          Fax: (866) 702-4577
          Email: gmc@chaloslaw.com


SO ORDERED:

_____
Hon. Richard M. Berman, U.S.D.J.