```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UAB EUROGA,

                            Plaintiff,                  08 CV 5531 (RMB)

-v-

                                                  **NOTICE OF VOLUNTARY**
                                                  **DISMISSAL AND ORDER**

NORFOLK LP, HILTVEIT ASSOCIATES INC., CARL
OLSENS TANKREDERI A/S, ZARPETA CHEMICAL
KS, CARDIFF, INC. and DUNDEE LTD.

                            Defendants.

-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed with prejudice by Plaintiff as to the named Defendants pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. No costs are to be assessed to any party.

      FURTHERMORE, as the parties have concluded an amicable settlement, all property, including assets, accounts, electronic fund transfers, etc., of Defendants NORFOLK LP, HILTVEIT ASSOCIATES INC., CARL OLSENS TANKREDERI A/S, ZARPETA CHEMICAL KS, CARDIFF, INC. and DUNDEE LTD. currently attached and held by any garnishee banks pursuant to the Court's Order for Issuance of Process of Maritime Attached, dated June 24, 2008, and corresponding Process of Maritime Attachment and Garnishment, including any Supplemental Process, are to be released to the Defendant (i.e. allow wire transfers to proceed as per their original routing instructions, unless otherwise directed) and said attachment now vacated.

*The Clerk is respectfully requested to close this case.*

                                                                    SO ORDERED:
                                                                    _RMB_
                                                     RICHARD M. BERMAN U.S.D.J.
                                                               7/14/08